Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26−12333−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Melinda Morgan
aka Melinda Causey
117 New Castle Lane
Willingboro, NJ 08046

Social Security No.:
xxx−xx−0352

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/14/26.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 14, 2026
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 26-12333-CMG

Melinda Morgan                                                            Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                   User: admin                        Page 1 of 3

Date Rcvd: May 14, 2026               Form ID: 148                        Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melinda Morgan, 117 New Castle Lane, Willingboro, NJ 08046-1303 |
| 521019392 | + | Mordechai Wolowitsch, Rubin & Rothman LLC, 1787 Vetereans Memorial Hwy, Islandia, NY 11749-1500 |
| 521210135 | + | Rocket Mortgage, LLC, Attn: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 521019400 | | UHaul, 201 US Highway 130S, Cinnaminson, NJ 08077 |
| 521019402 | + | Westhampton Dental LLC, 1847 Burlington-Mt. Holly Rd, Mount Holly, NJ 08060-1023 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 14 2026 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 14 2026 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521019383 | | Email/Text: BKY@conserve-arm.com | May 14 2026 20:54:00 | ConServe, 200 CrossKeys Office Park, Fairport, NY 14450 |
| 521019378 | + | EDI: CAPITALONE.COM | May 15 2026 00:46:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521019379 | + | EDI: JPMORGANCHASE | May 15 2026 00:46:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 521019380 | + | EDI: CITICORP | May 15 2026 00:46:00 | Citibank/The Home Depot, Citicorp Cr SrvsCentralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 521019381 | + | EDI: WFNNB.COM | May 15 2026 00:46:00 | Comenity Bank/Playstation, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 521019382 | + | EDI: PHINGENESIS | May 15 2026 00:46:00 | Concora Credit, PO Box 96541, Charlotte, NC 28296-6541 |
| 521019384 | + | Email/Text: legal-dept@cooperhealth.edu | May 14 2026 20:56:00 | Cooper Hospital, One Cooper Plaza, Camden, NJ 08103-1489 |
| 521019385 | + | Email/PDF: creditonebknotifications@resurgent.com | May 14 2026 21:05:26 | Credit One Bank, 6801 S Cimarron Road, Las Vegas, NV 89113-2273 |
| 521055132 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 14 2026 20:54:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 521019388 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 14 2026 21:05:39 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 521023210 | | Email/PDF: resurgentbknotifications@resurgent.com | May 14 2026 21:06:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

District/off: 0312-3 · User: admin · Page 2 of 3

Date Rcvd: May 14, 2026 · Form ID: 148 · Total Noticed: 37

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 521019393 | ^ | MEBN | May 14 2026 20:53:26 | MRS BPO, LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 521019389 | + | Email/Text: bankruptcydpt@mcmcg.com | May 14 2026 20:55:00 | Midland Credit Management, 350 Camino De La Reina, Ste. 100, San Diego, CA 92108-3007 |
| 521019391 | | Email/Text: bankruptcydpt@mcmcg.com | May 14 2026 20:55:00 | Midland Credit Management, PO Box 301030, Los Angeles, CA 90030-1030 |
| 521058077 | + | Email/Text: bankruptcydpt@mcmcg.com | May 14 2026 20:55:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 521019386 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 14 2026 20:54:00 | EZ Pass New Jersey, PO Box 4973, Trenton, NJ 08650 |
| 521019394 | ^ | MEBN | May 14 2026 20:53:28 | Northstar Location Services LLC, Attn: Financial Services Dept., 4285 Genesee St, Buffalo, NY 14225-1943 |
| 521019396 | | EDI: PRA.COM | May 15 2026 00:46:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 521209319 | | EDI: PRA.COM | May 15 2026 00:46:00 | Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |
| 521043371 | | EDI: PRA.COM | May 15 2026 00:46:00 | Portfolio Recovery Associates, LLC, c/o Paypal Credit, POB 41067, Norfolk VA 23541 |
| 521019397 | ^ | MEBN | May 14 2026 20:53:11 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 521019395 | + | EDI: SYNC | May 15 2026 00:46:00 | PayPal Credit Services, PO Box 71718, Philadelphia, PA 19176-1718 |
| 521019398 | + | Email/Text: bankruptcyteam@rocketmortgage.com | May 14 2026 20:55:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 521044995 | + | Email/Text: ecfbnc@aldridgepite.com | May 14 2026 20:54:00 | Rocket Mortgage, LLC, Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio So., Ste. 225, San Diego, CA 92108-3808 |
| 521028614 | ^ | MEBN | May 14 2026 20:53:30 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 521019399 | + | EDI: TDBANKNORTH.COM | May 15 2026 00:46:00 | TD Bank/Raymour & Flanigan, Attn: Bankruptcy, 1701 Rt. 70 East, Cherry Hill, NJ 08003-2390 |
| 521019401 | | EDI: WFCCSBK | May 15 2026 00:46:00 | Wells Fargo, Attn: Bankruptcy, Pob 10438 Mac F8235-02f, Des Moines, IA 50306 |
| 521079932 | | EDI: WFCCSBK | May 15 2026 00:46:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 521019403 | | EDI: COMCASTCBLCENT | May 15 2026 00:46:00 | Xfinity, PO Box 70219, Philadelphia, PA 19176-0219 |
| 521019387 | + | EDI: IRS.COM | May 15 2026 00:46:00 | irs, po box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521019377 | | Bank of Missouri;/Verve |
| 521019390 | *+ | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 521044001 | *+ | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

District/off: 0312-3        User: admin        Page 3 of 3

Date Rcvd: May 14, 2026        Form ID: 148        Total Noticed: 37

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Michelle Lee | on behalf of Debtor Melinda Morgan bky@dilworthlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4